IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER SHAUN LAMAR,**

    **Petitioner,**

v.                                     **Case No. 5:20cv301-TKW/MAF**

**M.V. JOSEPH, Warden,**

    **Respondent.**
_____/

## REPORT AND RECOMMENDATION

In an order filed November 9, 2020, Petitioner Christopher Shaun Lamar was directed to either pay the $5.00 filing fee or, alternatively, file a properly completed motion to proceed in forma pauperis (IFP) by December 9, 2020. ECF No. 3. Petitioner was also directed to submit his § 2241 petition on the proper form, which the Court provided him along with the order. *Id*. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order. *Id*. at 3. To date, Petitioner has not complied with the Court's order.

Petitioner did submit, on November 19, 2020, a "Motion for Relief under Rule 30 of the Supreme Court Rules." ECF No. 4. In this motion, Petitioner appears to object to this Court's order directing him to pay the filing fee or submit an IFP order, as well as submit his § 2241 petition on the

proper, provided forms.  *Id.*

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626 (1962).  Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 (11th Cir. 1989).  Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that Petitioner's motion (ECF No. 4) be **DENIED** and this case be **DISMISSED without prejudice** for failure to comply with an order of the Court.

**IN CHAMBERS** at Tallahassee, Florida, on January 12, 2021.

<u>S/ Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**